| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>NANCY M. LISEWSKI |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500 |
| 6 | San Francisco, California 94105<br>Telephone:  (415) 977-8943 |
| 7 | Facsimile:  (415) 744-0134<br>E-Mail: nancy.lisewski@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARITA STRAWN,<br><br>       Plaintiff,<br><br>              v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>       Defendant. | CIVIL NO. 2:06-cv-00973 DAD<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE-THOUSAND FOUR HUNDRED dollars and 00 cents ($5,400.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE-THOUSAND FOUR HUNDRED dollars and 00 cents ($5,400.00) in EAJA attorney

fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Respectfully submitted,

Dated: January 10, 2008

/s/ Ann Cerney
(As authorized via *facsimile/e-mail/telephone)
ANN CERNEY
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Nancy M. Lisewski
NANCY M. LISEWSKI
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: January 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/strawn0973.stipord.EAJAattyfee